Phillips
vs
Town of Springfield

Phillips
vs
Springfield Town of — Lawsuit fact sheet
333-508

April 21st, 200_

I Matthew Phillips was hired for a part time desission in ~~April~~ July of 2007 through Vermont Voc Rehab and a Mental Health agency (Health care and Rehabilitation service). Elaine Cole from H.C.R.S. was my Voc Rehab worker. One of my treatment team members Tom Mott expressed concerns to Elaine about my Mental Health and work habits. Forgetting numbers, Dates, severe palanoya and Anxiety Impulses on occasion nothing of a violent nature. Elaine Cole called Dan Farrar Director of the Springfield Recycle Center, Expressed these things and Assured Elaine that reasonable accomodation would be made in accordance with the Americans with Disabilities act.

After 2 to 3 months of work Mr. Farrar approached me and said a Full time position is opening so I called Voc Rehab and told them Dan put my name in to fill the 32 hour weekly Position. Comments from Dan Farrar to Elaine Cole were very Good attendance and tardiness was not an issue.

I was consulted with my treatment team to engage in more mental health treatment and I was told the town would accomadate. I did get the full time position and I have 6 months probational period. when fall into winter hit I periodically arrived at work 15 to 20 min. late on 3 to 4 accasions during Ice storms and wintery conditions since I lived 45 min. away in Weston Vt. Dan Farrar told me it was ok, they would be excused.

07/000 FRI 9:24 FAX 802 229 2211 VLCT → McNeil Leddy Sheahan   ☒004/008

RECEIVED
MAY 23 2008
VLCT CLAIMS DEPT

FILED
MAY 14 2008
Windsor County Clerk

EXHIBIT A

on 2 of those occasions I was extremely affraid to drive due to my anxiety and Palanoya disorders. I got charged by Police for wearing an OSHA helmet somewhere for impersonation that was later dismissed. Because there is no running water or facilities I go to the Highway garage to wash up during lunchtime. On or around the beginning of December I saw a newspaper clipping of the OSHA charge on the Local 98 union Bulletin board I took it down and put the court dismissal letter in its place. A town worker unidentified said to me that I cant touch the union board if I wasn't union. I replied and said my name in the article was up there, he replied the Psychos like you should not be working for the town you quack. I left in tears and called Linda Rousse Personall Director of the Town of Springfield and made a complaint. She did take appropriate action but Harry Hendson Public Works Director did not 24 hours later after that complaint on Dec. 10, 2007 I recieved a written write up for being late. Mr Henderson in fact was there 3 days in a row wich he's never done before and persistantly and vigalantly persued me for a month wich fallowed 2 more right ups including a threat of Termination, for excused tardiness.

RECEIVED
MAY 23 2008
CT CLAIMS DEPT

FILED
MAY 14 2008
Windsor County Clerk

In wich resulted in me calling a meeting in Febuary the month of my Probation Ending. In This meeting myself Matt Phillips, Linda Rousse, Harry Henderson, Mike Johnson (my case manager HCRS), Dan Farrar where all present. Thus prompted discussion about lateness missing days to get everyone on the same page. After meeting I was reassured that I can go to Apts. and if I'm scared or otherwise Tell Dan Farrar and accomodations will be made. This prompted the town Harry Henders and Linda Rousse to Extend my Probation for 3 months. Convinently I wouldn't be eligable for the union yet. I made a complaint greivence in march 2008 about us not reciving Jackets or protective coats and also a no water, running water complaint on April 9:00 Am I was approached by Harry Henderson D.P.W. Director with a response letter to my greivence, He told me even when giving me a response letter I wasn't eligable for a coat or a greivence then he proceeded at a very loud Demeaning tone about several problems he had with me and prior to this he actually whent around asking co workers at the recycle center how my work has been. I told him I was going to the human rights commission and he said "I was "Fucking going home I told him to stop, he was puting me in a state of fear and proceeded to scream at me. I was scared and Dropped everything

RECEIVED
MAY 23 2008
VLCT CLAIMS DEPT

FILED
MAY 14 2008
Windsor County Clerk

in my hands and walked away he told me not to pull the mental card with him and I told him I was filing a complaint with the human rights commission. I was told by linda rousse on the 14th of April I could go back to work on the 16th on the 18th I was handed a Termination letter for me being 20 min late on April 13th 2008 even though I got the letter on the 18th of April. In the letter it said it was Reported on the 18th conviniently a day after I said I was going to the human rights commission on the day of my grievence response.

*[signature]*

This is a clear violation of the anti retaliation and Humans rights laws.

Windsor Superior court - 802-457-2121
Humans rights commission - 802-828-2480

RECEIVED
MAY 23 2008
CLAIMS DEPT

FILED
MAY 14 2008
Windsor County Clerk

This lawsuit will include
a. violation of A.D.A. Laws, wrongful termination anti retaliatory laws, Illegal intimidation, Hostile work environment, Illegal Discrimination with a Person with Disability, and violation of the Fair work environment Act.

I will be sueing for $150,000 for diliberate cause of mental Distress, cohersian, Fees, Filing Fees and all back pay of every day out of work *[signature]*