UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| MATTHEW PHILLIPS<br>　　Plaintiff,<br><br>v.<br><br>TOWN OF SPRINGFIELD<br>　　Defendant | )<br>)<br>)<br>)　Civil Case No. 2:08-cv-131<br>)<br>)<br>) |

### STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

NOW COME the Parties, by and through their counsel of record, and hereby stipulate and agree as follows:

That all claims against Defendant Town of Springfield shall be dismissed **with prejudice**, with Plaintiff Matthew Phillips and Defendant Town of Springfield to each bear their own costs and attorney's fees.

MATTHEW PHILLIPS

_1-8-09_
Date

_/s/ Matthew Phillips_
212 Water Street, Box #1
Keene, NH 03431
Pro Se Plaintiff

McNEIL, LEDDY & SHEAHAN

_1-5-09_     BY: _/s/ Nancy G. Sheahan_
Date
Nancy G. Sheahan, Esq.
271 South Union Street
Burlington, VT 05401
(802)863-4531
Attorneys for Defendant Town of Springfield

**APPROVED AND SO ORDERED:**

_1/22/09_     _/s/_
Date           U.S. District/Magistrate Judge

McNEIL,
LEDDY &
SHEAHAN
BURLINGTON, VERMONT 05401